**Noll GARCIA, Plaintiff–Appellant,**

**State Farm Fire and Casualty Company, Intervenor–Appellee,**

v.

**Dennis BROCKWAY; Robert Stewart; Stewart Miles & Associates, Defendants–Appellees,**

and

**J.J. Zavoshy; Y.W. Zavoshy; H & H Properties; Zavoshy Rev. Inter Vivos Trust, Defendants.**

**Tamara Thompson; Disabled Rights Action Committee (a Utah non-profit corporation), Plaintiffs–Appellants,**

v.

**Gohres Construction Co., a Nevada corporation; Marc Gohres, Defendants,**

and

**Michael E. Turk, Defendant–Appellee.**

Nos. 05–35647, 06–15042.

United States Court of Appeals, Ninth Circuit.

Jan. 7, 2008.

Ken Nagy, Esq., Keeton & Tait, Lewiston, ID, Maria E. Andrade, Esq., Law Offices of Maria E. Andrade, Boise, ID, Richard F. Armknecht, III, Esq., Lindon, UT, for Plaintiff-Appellant.

Candy W. Dale, Esq., Hall Farley Ober-recht & Blanton, Kirtlan G. Naylor, Esq., Carlton R. Ericson, Esq. Naylor & Hales, Boise, ID, Joshua H. Reisman, Esq., Stanley W. Parry, Esq., Curran & Parry, Las Vegas, NV, for Defendants-Appellees.

J. Nick Crawford, Brassey, Wetherell, Crawford & Garrett, LLP, Boise, ID, for Defendants.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.